Donald S. Edgar, Esq. (SBN 139324)
don@classattorneys.com
Jeremy R. Fietz, Esq. (SBN 200396)
jeremy@classattorneys.com
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Phone: 707 545 3200
Fax: 707 578 3040

Keith M. Jensen (Of Counsel) moving to appear *Pro Hac Vice*
kj@kjensenlaw.com
JENSEN, BELEW & GONZALEZ, PLLC
Texas Bar No. 10646600
1024 N. Main
Fort Worth, Texas 76106
(817) 334-0762 Telephone
(817) 334-0110 Facsimile

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

---

VERONICA NUNEZ, INDIVIDUALLY AND AS AUTHORIZED REPRESENTATIVE OF THE ESTATE OF CATHERINA A. NUNEZ,

   Plaintiff,

-against-

PHARMACIA CORPORATION, PFIZER, INC., PARKE-DAVIS, a division of Warner Lambert Company and Warner Lambert Company, LLC, WARNER LAMBERT COMPANY and WARNER LAMBERT COMPANY, LLC

   Defendants.

---

**CASE NO. C 09-01779 JL**

[Proposed] **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

The Court has considered, Plaintiff, Veronica Nunez', requests that the Case Management Conference set for Wednesday, August 5, 2009, be continued for a period of 60 days.

The Court hereby GRANTS the application. The CMC currently set for

---

COMPLAINT                              CASE NO.

1  Wednesday, August 5, 2009 is CONTINUED to October 7th, 2009, at 10:30 a.m. in
2  Courtroom F, 15th Floor.
3
4  Dated: August 4, 2009
5
6
7  _____
   Northern District of California
8

-1-

ORDER GRANTING EX PARTE APPLICATION FOR
CONTINUANCE OF CMC

CASE NO. C 09-01779 JL