TUCKER ELLIS & WEST LLP
REBECCA M. BIERNAT (SBN 198635)
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
rebecca.biernat@tuckerellis.com

Attorneys for Defendant
Pfizer Inc, including Pharmacia Corporation, a wholly owned subsidiary of Pfizer Inc., Parke-Davis, an unincorporated division of Warner Lambert Company LLC and Warner Lambert Company LLC, a wholly owned limited liability company of Pfizer Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA NUNEZ, INDIVIDUALLY AND AS AUTHORIZED REPRESENTATIVE OF THE ESTATE OF CATHERINA A. NUNEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>PHARMACIA CORPORATION, PFIZER, INC., PARKE-DAVIS, a division of Warner Lambert Company and Warner Lambert Company, LLC, WARNER LAMBERT COMPANY and WARNER LAMBERT COMPANY, LLC,<br><br>         Defendants. | Case No. CV 09 1779 JL<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF DATE FOR RESPONSE TO THE COMPLAINT AND OF DATE FOR CASE MANAGEMENT CONFERENCE** |

Tucker Ellis & West LLP
135 Main Street
Suite 700
San Francisco, CA 94105

[PROPOSED] ORDER FOR CONTINUANCE - CV 09 1779 JL
SFOiManage/011804/000082/170660/1

1  The deadline for Defendant Pfizer Inc, including Pharmacia Corporation, a wholly owned subsidiary of Pfizer Inc., Parke-Davis, an unincorporated division of Warner Lambert Company LLC and Warner Lambert Company LLC, a wholly owned limited liability company of Pfizer Inc. (collectively "Pfizer") to respond to Plaintiff's complaint shall be extended up to and including April 20, 2010.  The Case Management Conference, currently scheduled for December 16, 2009, is rescheduled to April 28, 2010, at 10:30 a.m.

DATED: November 20, 2009

By: _____/s/ James Larson_____
HONORABLE JAMES LARSON

**Tucker Ellis & West LLP**
135 Main Street
Suite 700
San Francisco, CA 94105

SFOiManage/011804/000082/170660/1

2
[PROPOSED ORDER] FOR CONTINUANCE - CV 09 1779 JL